# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Christine M. Jones,

Plaintiff(s),

v.

Union Pacific Railroad Company,

Defendant(s).

Case No. 12 CV 771
Judge Joan Humphrey Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Union Pacific Railroad Company
and against plaintiff(s) Christine M. Jones
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Joan Humphrey Lefkow presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date: 9/28/2016               Thomas G. Bruton, Clerk of Court

                              Michael Dooley, Deputy Clerk